IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Costa Da Silva Rosario, | No. CV-26-02001-PHX-DWL (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| Luis Rosa, Jr., et al., | |
| Respondents. | |

On March 23, 2026, Petitioner filed this action under § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to respond to the Petition. (Doc. 6.) On April 10, 2026, Respondents filed a response indicating Petitioner was removed from the United States. (Doc. 11.) Because Petitioner is no longer in custody, the petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007) ("We hold that because Abdala's habeas claims challenged only the length of his detention . . . his grievance could no longer be remedied once he was deported. His petition was thus rendered moot by his removal.") The Court will therefore dismiss this action as moot.

**IT IS THEREFORE ORDERED** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

///

///

///

///

**IT IS FURTHER ORDERED** any pending motions are denied and the Clerk of Court must enter judgment accordingly and close this case.

Dated this 13th day of April, 2026.

_____
Dominic W. Lanza
United States District Judge